| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | | Case No.: 1:25-cv-00751-JLT-SKO |
| | Plaintiff, | **ORDER VACATING ORDER SETTING MANDATORY SCHEDULING CONFERENCE** |
| | v. | |
| STATE OF CALIFORNIA, et al., | | (Doc. 2) |
| | Defendants. | |

Plaintiff Jane Doe, an inmate at the Central California Women's Facility, is represented by counsel in this civil rights action.

**I.  BACKGROUND**

On June 20, 2025, Defendant State of California filed its Notice of Removal of Action Under 28 U.S.C. § 1441(a), Request for Screening of Complaint Under 28 U.S.C. § 1915A, and Demand for Jury Trial. (Doc. 1.) Defendant removed the action from the Madera County Superior Court to this Court. (*Id*.) Exhibits to Defendant's notice include Plaintiff's original complaint (Doc. 1-1) and summons (Doc. 1-2).

Defendant alleges removal is proper and timely and requests that the Court screen Plaintiff's complaint "and dismiss any claims if finds are legally frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a named party who is immune from such relief." (*Id*. at 3.)  Defendant also requests 30 days to respond to the complaint

following issuance of a screening order, or "if the Court finds that no claims survive screening and allows amendment, Defendant requests 30 days to respond to the amended complaint that the Court finds contains at least one cognizable claim against Defendant." (*Id*. at 4.)

On June 20, 2025, the Clerk of the Court issued an Order Setting Mandatory Scheduling Conference (Doc. 2), a Standing Order (Doc. 2-1), an Order re Consent (Doc. 2-2), and a Notice of Availability of Voluntary Dispute Resolution (Doc. 2-3).

## II.   DISCUSSION

This action is proceeding as a prisoner civil rights action. The orders issued June 20, 2025, are generally issued in a regular civil action, and are not appropriate in this case which involves a prisoner civil rights action. The Court will therefore vacate the mandatory scheduling conference set for September 25, 2025, as well as the associated orders issued on June 20, 2025. A separate informational order for this action will issue in due course.[1]

## III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The scheduling conference set for September 25, 2025, at 9:30 a.m. in Courtroom 7 is **VACATED**;
2. The new civil case documents (Doc. 2) issued June 20, 2025, are **VACATED**; and
3. The Court will issue a separate informational order for this prisoner civil rights action in due course.

IT IS SO ORDERED.

Dated:   **July 1, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The separate order will address screening of Plaintiff's complaint.