**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE DOE,** | NO. **1:25–CV–00751–JLT–EGC** |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| **STATE OF CALIFORNIA,** | |
| Defendant. | |

The court, having considered the retirement of Magistrate Judge Sheila K. Oberto, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Magistrate Judge Sheila K. Oberto** to **Magistrate Judge Erin Guy Castillo** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:   **1:25–CV–00751–JLT–EGC**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   May 4, 2026

Troy L. Nunley
Chief United States District Judge