# CERTIFICATE OF SERVICE

Case Name:   **Doe, Jane v. State of California**      Case No.   **1:25-cv-00751-JLT-EGC**

I hereby certify that on June 5, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[PROPOSED] PROTECTIVE ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 5, 2026, at Fresno, California.

| A.  Billings | */s/ A. Billings* |
|:---:|:---:|
| Declarant | Signature |

SA2025602308
95718244