ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7317
 Fax: (916) 324-5205
 E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendant*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JANE DOE,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**STATE OF CALIFORNIA,**<br><br>                                    Defendant. | Case No. 1:25-cv-00751-JLT-EGC (PC)<br><br>**ORDER APPROVING STIPULATION ALLOWING PLAINTIFF TO PROCEED PSEUDONYMOUSLY**<br><br>Judge:          Hon. Jennifer L. Thurston<br>                    Hon. Erin G. Castillo<br>Trial Date:    Not Set<br>Action Filed:  February 24, 2025 |

Plaintiff Jane Doe, a prisoner proceeding anonymously, filed this action asserting federal civil rights claims and state-law causes of action. Plaintiff filed this matter using a pseudonym. On June 20, 2025, Defendant State of California removed this case from superior court to this Court. (Notice of Removal, ECF No. 1.) The Court is currently screening the complaint pursuant to 28 U.S.C. § 1915A. (First Informational Order at 3, ECF No. 4.)

Given the potentially sensitive nature of this action and that the stipulated protective order filed concurrently herewith has not yet been signed, Plaintiff's counsel has not yet disclosed to defense counsel Plaintiff's true name. Defendant does not oppose Plaintiff proceeding pseudonymously in this proceeding, but cannot agree to limit their conduct in discovery, investigations of this matter, or any potential related criminal proceedings. Plaintiff proceeding

1

pseudonymously is not intended to and shall not impede or limit the parties' conduct in discovery, investigations of this matter, or any potential related criminal proceedings.

Plaintiff and Defendant State of California (the Parties) stipulate and agree as follows:

1. Plaintiff may proceed pseudonymously in this matter;

2. No Party may use Plaintiff's true name in public filings or in open court in pretrial proceedings in this matter, and instead shall refer to Plaintiff as "Plaintiff" or "Jane Doe";

3. Parties filing documents bearing Plaintiff's true name in the public record shall redact Plaintiff's true name;

4. If it is necessary to use Plaintiff's true name in a court filing, the filing party shall follow the procedures under Local Rule 141 and request that the document be filed under seal;

5. A stipulated protective order is being filed concurrently herewith;

6. As outlined in the concurrently filed protective order, the Parties may use Plaintiff's true name in the course of investigation and discovery in this matter, including but not limited to witness interviews and correspondence, subpoenas to non-parties, and in depositions;

7. This stipulation does not address the use of a pseudonym at any trial in this matter, which the Parties will address at the appropriate time; and

8. The Parties' use of Plaintiff's true name outside of this litigation, including but not limited to purposes of CDCR internal investigation, is not addressed by and not limited by this stipulation.

9. Plaintiff's counsel shall, within seven days of the Court granting this stipulated motion, disclose to Defendant's counsel Plaintiff's true name and California Department of Corrections and Rehabilitation number.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Dated:  June 5, 2026                                    LAW OFFICES OF DALE K. GALIPO


                                                        ***/s/ Marcel Sincich (as authorized on June 5,2026)***
                                                        Marcel Sincich
                                                        *Attorneys for Plaintiff Doe*


Dated:  June 5, 2026                                    Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        PREETI K. BAJWA
                                                        Supervising Deputy Attorney General


                                                        ***/s/ Christian M. Georgely***
                                                        CHRISTIAN M. GEORGELY
                                                        Deputy Attorney General
                                                        *Attorneys for Defendant State of California*

SA2025602308/39890552.docx

Order Approving Stip. Permit Pl. Proceed Pseudonymously (Case No. 1:25-cv-00751-JLT-EGC (PC))

**ORDER**

This matter having come before the Court on the Stipulation of Plaintiff Doe and Defendant State of California (the Parties), good cause appearing,[1] the Court accepts the stipulation, as follows:

1.    Plaintiff may proceed pseudonymously in this matter;

2.    No Party may use Plaintiff's true name in public filings or in open court in pretrial proceedings in this matter, and instead shall refer to Plaintiff as "Plaintiff" or "Jane Doe";

3.    Parties filing documents bearing Plaintiff's true name in the public record shall redact Plaintiff's true name;

4.    If it is necessary to use Plaintiff's true name in a court filing, the filing party shall follow the procedures under Local Rule 141 and request that the document be filed under seal;

5.    A stipulated protective order is being filed concurrently herewith;

6.    As outlined in the concurrently filed protective order, the Parties may use Plaintiff's true name in the course of investigation and discovery in this matter, including but not limited to witness interviews and correspondence, subpoenas to non-parties, and in depositions;

7.    This stipulation does not address the use of a pseudonym at any trial in this matter, which the Parties will address at the appropriate time;

8.    The Parties' use of Plaintiff's true name outside of this litigation, including but not limited to purposes of CDCR internal investigation, is not addressed by and not limited by this stipulation; and

//

//

//

//

//

---

[1] The Ninth Circuit allows parties to proceed anonymously where protection of the party's identity "is necessary . . . to protect a person from harassment, injury, ridicule or personal embarrassment." *See, e.g.*, *Does I thru XXIII v. Advanced Textile Corp*., 214 F.3d 1058, 1067-68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1981)).

4

9.     Plaintiff's counsel shall, within seven days of the Court granting this stipulated motion, disclose to Defendant's counsel Plaintiff's true name and California Department of Corrections and Rehabilitation number.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Order Approving Stip. Permit Pl. Proceed Pseudonymously (Case No. 1:25-cv-00751-JLT-EGC (PC))